## Commonwealth *v.* Greiner, Appellant.

706

Argued June 13, 1975. *William A. Atlee, Jr.,* and *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* submitted a brief for appellant; *L. Herr,* with her *Michael H. Ranck* and *Mary Anne Motter,* Assistant District Attorneys, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.